IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

ALLEN J. HARRIS,                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )          CV 326-019
                                          )
WARDEN SHAWN GILLIS and KYLIE             )
KINNETT,                                  )
                                          )
            Defendants.                   )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this *1st* day of June, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE